UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWNA KARNES, et al.,

    Plaintiffs,

v.

    Case No. 1:22-cv-453

    Hon. Hala Y. Jarbou

TIFFANY MONTENGO, et al.,

    Defendants.
_____/

## ORDER

On June 6, 2022, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that Plaintiffs' complaint be dismissed (ECF No. 8).  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on June 21, 2022.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 8) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Date:   June 28, 2022                 /s/ Hala Y. Jarbou
                                                   HALA Y. JARBOU
                                                   UNITED STATES DISTRICT JUDGE