UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWNA KARNES, et al.,

    Plaintiffs,

v.

TIFFANY MONTENGO, et al.,

    Defendants.

_____/

Case No. 1:22-cv-453

Hon. Hala Y. Jarbou

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS ORDERED** that Plaintiffs' complaint is **DISMISSED.**

Dated: June 28, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE